☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Latoya Marshalla Sandridge**　　　　　　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 1568 Michael Street, Memphis, TN 38111　　(2) _____

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **31.00**　(☑) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: **B&B Delivery Service Inc. ATTN: PAYROLL DEPT, 3856 Walnut Grove Rd, Memphis, TN 38111**　 OR ( ) DIRECT PAY

**Debtor(2)** shall pay $ _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____ OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☑ YES　☐ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]　☐ YES　☑ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____　　$ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**　　　　　Amount _____　　$ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**　　ongoing payment begins _____　　$ _____
Approximate arrearage: _____　Interest _____　$ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**-NONE-**　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Credit Acceptance Corporation        Collateral: 2016 Chevrolet Malibu
                                                 VIN: 1G1ZB5ST1GF203582

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| City of Memphis (Court Clerk) | $536.25 | 0.00 | $9.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None        ☐ Not provided for   **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $12,410.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Mid South Best Rentals:        ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*Credit Acceptance Corporation: Collateral (2016 Chevrolet Malibu) is being surrendered in full satisfaction of debt, any claim filed shall be disallowed.

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Arthur Ray                                            Date January 18, 2019        .
Arthur Ray 5173
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)