☑ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re:     **Latoya Marshalla Sandridge**                          **Case No. 19-20557-E**

Debtors:                                                           **Chapter 13**

## CHAPTER 13 PLAN - **AMENDED**

**ADDRESS:**      (1)   **1568 Michael Street**          (2) _____
                        **Memphis, TN 38111**                _____

**PLAN PAYMENT:**

**Debtor(1)** shall pay $   **42.00**      (☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:   **B&B Delivery Service Inc.**          **OR ( ) DIRECT PAY**
                                **ATTN: PAYROLL DEPT**
                                **3856 Walnut Grove Rd**
                                **Memphis, TN 38111**

**Debtor(2)** shall pay $ _____   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____   **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ☑ **YES**   ☐ **NO**
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**   ☐ **YES**   ☑ **NO**
   **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**   ☐ **YES**   ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT**:                                          Monthly Plan Payment:

                        Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**                ongoing payment begins _____   $ _____
                        Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**Internal Revenue Service**         Amount **$2,717**              $          **46.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**                ongoing payment begins _____   $ _____
                        Approximate arrearage: _____ Interest _____ $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **None** | | | |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**Credit Acceptance Corporation**          Collateral:  **2016 Chevrolet Malibu**
**VIN: 1G1ZB5ST1GF203582**

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **City of Memphis (Court Clerk)** | **$536.25** | **0.00** | $**9.00** |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**            ☐      Not provided for   **OR**  ☐      General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $12,410.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐          **_____ %, OR,**
☑          **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Mid South Best Rentals**:                    ☑   Assumes  **OR**  ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**\*Credit Acceptance Corporation: Collateral (2016 Chevrolet Malibu) is being surrendered in full satisfaction of debt, any claim filed shall be disallowed.**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ Arthur Ray**                              **Date** **January 18, 2019**                    .
**Arthur Ray 5173**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**